JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. L.,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAJI, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:22-cv-02195-GJS<br><br>**JUDGMENT** |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is **REVERSED** and this matter **REMANDED**, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings consistent with the Court's Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment.

DATED: March 10, 2023

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE